UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 94 CR 116-9 |
| | ) | |
| KELLY SMITH | ) | |
| | ) | |
| Defendant | ) | |

**RELEASE OF JUDGMENT LIEN**

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 94 CR 116-9. The judgment in the amount of $2,550.00, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Walworth County Recorder's Office as document number 352986, on April 17, 1997 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
 MELISSA A. CHILDS
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 353-5331
 melissa.childs@usdoj.gov

# **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed out within five business days of this release being filed, to the following non-ECF filers:

Kelly Smith
1226 East Cooper Drive
Palatine, Illinois 60074

    By: s/ Melissa A. Childs
     MELISSA A. CHILDS
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois  60604
     (312) 353-5331
      melissa.childs@usdoj.gov